*UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO*

***Minutes of Proceeding***

Date: **October 26, 2010** **Honorable Michael E. Romero, Presiding**

In re: **Commercial Capital, Inc.** **Case No. 09-17238 MER**
**Chapter 11**

Debtor.

| | Appearances | | |
|---|---|---|---|
| Trustee | **Chapter 11 Trustee (not present)** | Counsel | **John Young** |
| Debtor | | Counsel | |
| Creditor | **Chapter 11 Trustee for CCI Funding I, LLC** | Counsel | **Philip Pearlman** |
| Creditor | **West LB AG** | Counsel | **Lester Kirchebaum** |

Proceedings: **Trustee's Motion to Employ Expert Witness and Enter Into Engagement Agreement and Approve Retainer Nunc Pro Tunc and limited objection by the Trustee for CCI Funding, I, LLC and West LB AG**

Orders:

**[X] The Court will hear argument on this matter on Monday, November 22, 2010, at 9:30 a.m. This *Minutes of Proceeding* shall serve as an Order of Court and no further order will enter.**

Date: **October 26, 2010**

FOR THE COURT:
*Bradford L. Bolton, Clerk*

By: ____________________________________________

# CERTIFICATE OF NOTICE

District/off: 1082-1 User: cramerc Page 1 of 2 Date Rcvd: Oct 26, 2010
Case: 09-17238 Form ID: pdf904 Total Noticed: 63

The following entities were noticed by first class mail on Oct 28, 2010.

```
db           +Commercial Capital, Inc.,   8101 E. Prentice Avenue,   Suite M202,   Englewood, CO 80111-2930,
               UNITED STATES
aty           ANa M Alfonso,   425 Park Avenue,   New York, NY  10022-3598
aty          +Andrew Snyder,   8400 E.  Prentice Ave.,   Ste. PH1500,   Greenwood Village, CO 80111-2912
aty          +Christian D Aggeler,   950 South Cherry St.,   Ste. 710,   Denver, CO 80246-2665
aty          +Craig Solomon Ganz,   2375 E. Camelback Road,   Suite 700,   Phoenix, AZ 85016-9000
aty          +Elizabeth Weller,   2323 Bryan St.,   Ste. 1600,   Dallas, TX 75201-2637
aty          +Frederick L. Ginsberg,   PO Box 697,   Parker, CO 80134-0697
aty          +Gregory Goodman,   2 W. Dry Creek Cir., Suite 100,   Littleton, CO 80120-4479
aty          +Laufer and Padjen LLC,   5290 DTC Parkway,   Ste. 150,   Englewood, CO 80111-2764
aty          +Laurence J. Rich,   5281 S. Quebec Street,   Greenwood Village, CO 80111-1802
aty           Mark F. Liscio,   425 Park Avenue,   New York, NY  10022-3598
aty           Michael R. Dunlevie,   PO Box 5864,   Eagle, CO  81631-5864
aty          +Richard P. Ruh,   9762 E. Hawaii Place,   Denver,   Denver, CO 80247-6258
aty          +Robert L. Tibbals, Jr.,   6444 S. Quebec St.,   Ste. 302,   Englewood, CO 80111-4687
aty          +Stephen C. Peters,   3773 Cherry Creek North Drive,   Ste. 1005E,   Denver, CO 80209-3804
aty          +Tammy M. Alcock,   1125 Seventeenth St.,   Ste. 2100,   Denver, CO 80202-2005
aty          +Thomas E. Merrigan,   1712 Pearl Street,   Boulder, CO 80302-5517
aty          +Walter J. Downing,   1200 17th Street, Suite 1700,   Denver, CO 80202-5854
tr           +James T. Markus,   1700 Lincoln St.,   Ste. 4000,   Denver, CO 80203-4540
intp          Alpine Lumber Company,   c/o Terry Scoby, Esq.,   1120 W. 122nd Ave., Suite 301,
               Westminster, CO  80234-2746
cr           +Better Property Maintenance Inc,   22153 E. Geddes Place,   Aurora, CO 80016-6014
sp           +Brian S. Short,   1201 Elm Street,   Suite 5400,   Dallas, TX 75270-2103
cr        ++++CRAIG TURNER,   AGAVE RESOURCES, LLC,   C/O MOYE WHITE LLP,   1400 16TH ST STE 600,
               DENVER CO  80202-1486
             (address filed with court:  Craig Turner,   Agave Resources, LLC,   c/o Moye White LLP,
               1400 16th St., 6th Flr.,   Denver, CO  80202)
cr           +Carl Wayne Laviolette,   7703 North Lamar,   Suite 510,   Austin, TX 78752-1055
cr            Colorado Asphalt Services, Inc.,   Attn:  Connie Nelson,   PO Box 329,
               Commerce City, CO  80037-0329
cr        ++++DAVID BABBITZ,   C/O MOYE WHITE LLP,   1400 16TH ST STE 600,   DENVER CO  80202-1486
             (address filed with court:  David Babbitz,   c/o Moye White LLP,   1400 16th St., 6th Flr.,
               Denver, CO  80202)
cr        ++++DUANE DUFFY,   MOYE WHITE LLP,   1400 16TH ST STE 600,   DENVER CO  80202-1486
             (address filed with court:  Duane Duffy,   Moye White LLP,   1400 16th St., 6th Flr.,
               Denver, CO  80202)
sp           +Daniel W. Glasser,   4582 S. Ulster Street Parkway,   Suite 1650,   Denver, CO 80237-2686
cr        ++++FRED FIELDER,   MOYE WHITE LLP,   1400 16TH ST STE 600,   DENVER CO  80202-1486
             (address filed with court:  Fred Fielder,   Moye White LLP,   1400 16th St., 6th Flr.,
               Denver, CO  80202)
cr           +H & M Mortgage and Investments, LLC,   c/o LINDQUIST-KLIESSLER & CO,
               950 S. Cherry Street, Suite 710,   Denver, CO 80246-2665
intp          Janice A. Steinle,   PMB 505,   9249 S. Broadway,   #200,   Highlands Ranch, CO  80129-5692
cr        ++++KENNETH DECKER,   MOYE WHITE LLP,   1400 16TH ST STE 600,   DENVER CO  80202-1486
             (address filed with court:  Kenneth Decker,   Moye White LLP,   1400 16th St., 6th Flr.,
               Denver, CO  80202)
cr           +Karl John Koch,   PO Box 9550,   Breckenridge, CO 80424-9013
cr        ++++MICHAEL HAWS,   MOYE WHITE LLP,   1400 16TH ST STE 600,   DENVER CO  80202-1486
             (address filed with court:  Michael Haws,   Moye White LLP,   1400 16th St., 6th Flr.,
               Denver, CO  80202)
sp           +Margaret Lewis Meister,   500 Fourth Street,   Suite 1000,   Albuquerque, NM 87102-2186
sp           +Michael L. Wiery,   4500 Courthouse Blvd.,   Suite 400,   Stow, OH 44224-6839
cr           +Mutual of Omaha Bank,   12345 W. Alameda Parkway,   Suite 100,   Lakewood, CO 80228-2827
cr           +Noel West Lane III,   23571 Pleasant Park Rd,   Conifer, CO 80433-6901
cr        ++++PETE MONTOYA,   MOYE WHITE LLP,   1400 16TH ST STE 600,   DENVER CO  80202-1486
             (address filed with court:  Pete Montoya,   Moye White LLP,   1400 16th St., 6th Flr.,
               Denver, CO  80202)
sp           +Sharon J. Oscar,   3003 N. Central Ave.,   Suite 2600,   Phoenix, AZ 85012-2913
cr           +William Andrew Stack,   26019 Masters Parkway,   Spicewood, TX 78669-3038
sp           +William D. Ellis,   555 West Fifth Street,   40th Floor,   Los Angeles, CA 90013-3000
10838258      Agave Resources, LLC,   2215 S. Loop 228, Suite 418,   Denton, TX 76205
10838259     +Appelbaum, Henry R.,   2117 N. Lakewood Ave.,   Chicago, IL 60614-4023
10838260     +Blaikie, Gordon,   PO Box 1371,   Vail, CO 81658-1371
10838261     +Duffy, Duane,   4550 Tule Lake Drive,   Littleton, CO 80123-2748
10838262     +Fielder, Frederick A.,   74 Glenmoor Dr.,   Englewood, CO 80113-7116
10838263     +Gold, Helen,   84 Fox Fire Lane,   Lewisberry, PA 17339-9337
10838264     +Haws, Michael,   14385 Braun Rd.,   Golden, CO 80401-1431
10838265      Kemp Hanley,   2611 S. Interlocken Dr.,   Evergreen, CO 80439-8856
10838266     +Montoya, Pete M.,   3854 Constitution Ave.,   Colorado Springs, CO 80909-1614
10838267     +Mutual of Omaha,   9125 Commerce Center Circle,   Littleton, CO 80129-1560
10838268     +Pamela A. Wilson Trust,   337 Ohukea Street,   Hilo, HI 96720-6010
10838269     +RB Innovations,   Rudy Burki,   PO Box 2466,   Dillon, CO 80435-2466
10838271     +Skorka, Michael L.,   5410 Pine Ridge Road,   Golden, CO 80403-8033
10838272     +Tamara S. Johnson-Baack IRA,   633 Roma Valley Drive,   Fort Collins, CO 80525-6747
10838273     +Tamarack Properties,   8091 E. Kettle Place,   Englewood, CO 80112-2605
10838274     +Vastola, Alfonso,   916 Greenway Lane,   Castle Rock, CO 80108-8252
10838275     +Vastola, Rose Marie,   916 Greenway Lane,   Castle Rock, CO 80108-8252
10838270     +Vinay and Anita Sikka,   7636 So, Flander St.,,   Centennial, CO 80016-1947
10838276     +Weisberg, Gene,   333 S. Monroe St. #405,   Denver, CO 80209-3725
10838277      Wetzbarger, Michael,   37146 Dickerson Ct.,   Windsor, CO 80550-8421
```


The following entities were noticed by electronic transmission (continued)

The following entities were noticed by electronic transmission on Oct 26, 2010.
cr E-mail/Text: email@davekahn.com David Kahn, 7521 La Quinta Cove, Lone Tree, CO 80124-8980

TOTAL: 1

***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr* +Pamela A. Wilson Trust, 337 Ohukea St., Hilo, HI 96720-6010

TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 28, 2010** **Signature:** Joseph Speetjens