In re COMMERCIAL CAPITAL INC., Debtor        Case No. 09-17238 MER        Chapter 11

| | | |
|---|---|---|
| Steven E. Abelman<br>Cage Williams Abelman P.C.<br>410 Seventeenth St, 22nd floor<br>Denver, CO 80202 | Christian D Aggeler<br>Karsh, Fulton, Gabler & Joseph, P.C.<br>950 South Cherry St., Ste. 710<br>Denver, CO 80246 | Tammy M. Alcock<br>Fisher, Sweetbaum, Levin & Sands, P.C.<br>1125 Seventeenth St., Ste. 2100<br>Denver, CO 80202 |
| Ana M. Alfonso, Lester M Kirshebaum<br>Mark F. Liscio<br>Kaye Scholer LLP<br>425 Park Avenue<br>New York, NY 10022-3598 | Lawrence Bass<br>Elizabeth K. Flaagan<br>Faegre & Benson LLP<br>1700 Lincoln St., Suite 3200<br>Denver, CO 80203 | Thomas C. Bell<br>1550 17th St.<br>Ste. 500<br>Denver, CO 80202 |
| David T. Brennan<br>Otten Johnson Robinson Neff + Ragonetti PC<br>950 17th St., Suite 1600<br>Denver, CO 80202 | James T. Burghardt, Eric B. Liebman<br>Matthew J. Ochs, Suzanne E. Rauch<br>16 Market Square<br>1400 16th St., 6th Floor<br>Denver, CO 80202 | Bart B. Burnett<br>1660 Lincoln St.<br>Ste. 1900<br>Denver, CO 80264 |
| Wm. David Byassee<br>Jackson Kelly PLLC<br>1099 18th St., Ste. 2150<br>Denver, CO 80202 | Jessica Debroesse<br>Bradley T. Neiman<br>Bloom Murr & Accomazzo, P.C.<br>410 17th Street, Ste 2400<br>Denver, CO 80202 | Walter J. Downing<br>1200 17th Street, Suite 1700<br>Denver, CO 80202 |
| Michael R. Dunlevie<br>PO Box 5864<br>Eagle, CO 81631-5864 | Gilbert R Egle<br>Ellen McNamara<br>Preeo, Silverman, Green & Egle, P.C.<br>1401 17th St., Ste. 800<br>Denver, CO 80202 | John S. Finn<br>Stettner Miller, P.C.<br>1050 17th St., Ste. 700<br>Denver, CO 80265-2008 |
| Caroline C. Fuller<br>Timothy Reilly<br>Fairfield and Woods, P.C.<br>1700 Lincoln St., Ste. 2400<br>Denver, CO 80203-4524 | Daniel Glasser<br>Glasser Law Group, LLC<br>4582 S. Ulster St. Pkwy., Ste. 1650<br>Denver, CO 80237 | Craig Solomon Ganz<br>Gallagher & Kennedy, P.A.<br>2375 E. Camelback Rd., Suite 700<br>Phoenix, AZ 85016 |
| Frederick L. Ginsberg<br>PO Box 697<br>Parker, CO 80134 | Margarita Y. Ginzburg<br>425 Park Ave.<br>New York, NY 10022 | Gregory Goodman<br>2 W. Dry Creek Cir., Suite 100<br>Littleton, CO 80120 |
| Scott S. Havn<br>Arnold & Arnold, LLP<br>7691 Shaffer Pkwy., Ste. A<br>Littleton, CO 80127 | Susan J. Hendrick<br>1199 Bannock St.<br>Denver, CO 80204 | Gene L. Jameson<br>Jameson & Powers, P.C.<br>17480 Dallas Parkway, Suite 211<br>Dallas, TX 75287 |
| James A. Kaplan<br>600 17th St., Ste. 800 N<br>Denver, CO 80202-5442 | Arthur Lindquist-Kleissler<br>Lindquist-Kleissler & Company LLC<br>950 S. Cherry St., Ste. 710<br>Denver, CO 80246 | Mark Joel Kolber<br>5613 DTC Pkwy.<br>Ste. 970<br>Greenwood Village, CO 80111 |
| Brian A. Magoon<br>Robinson Waters & O'Dorisio, P.C.<br>1099 18th St, Suite 2600<br>Denver, CO 80202 | Don A. McCullough<br>950 S. Cherry St.<br>Ste. 710<br>Denver, CO 80246 | Thomas E. Merrigan<br>Berg Hill Greenleaf & Ruscitti LLP<br>1712 Pearl Street<br>Boulder, CO 80302 |

In re COMMERCIAL CAPITAL INC., Debtor          Case No. 09-17238 MER          Chapter 11

| | | |
|---|---|---|
| Christopher B Mosley<br>City of Fort Worth<br>1000 Throckmorton St<br>Ft. Worth, TX 76102 | Alan K. Motes<br>United States Trustee Program<br>999 18th St., Ste. 1551<br>Denver, CO 80202 | Kevin S. Neiman<br>1660 Lincoln St.<br>Ste. 1900<br>Denver, CO 80264 |
| William D. Nelsch<br>William D. Nelsch, Esq.<br>1490 Lafayette St., Ste. 407<br>Denver, CO 80218-2394 | David S. Oppenheim<br>7700 E. Arapahoe Rd., Ste. 350<br>Englewood, CO 80112-6111 | Philip A. Pearlman<br>Grimshaw & Harring P.C.<br>1700 Lincoln St., Ste. 3800<br>Denver, CO 80203 |
| Stephen C. Peters<br>Peters Law Firm, L.L.C.<br>3773 Cherry Creek North Drive<br>Ste. 1005E<br>Denver, CO 80209 | John C. Plotkin<br>Gregory & Plotkin, LLC<br>1331 17th St., Ste. 1060<br>Denver, CO 80202 | Laurence J. Rich<br>5281 S. Quebec Street<br>Greenwood Village, CO 80111 |
| George Rosenberg<br>5334 S. Prince St.<br>Littleton, CO 80166 | Richard P. Ruh<br>9762 E. Hawaii Place<br>Denver, CO 80247 | Harvey Sender<br>David Wadsworth<br>Sender & Wasserman<br>1660 Lincoln St., Ste. 2200<br>Denver, CO 80264 |
| Holly R. Shilliday<br>1200 17th St.<br>Ste. 1900<br>Denver, CO 80202 | Matthew D. Skeen<br>Skeen & Skeen, P.C.<br>P.O. Box 218<br>Georgetown, CO 80444 | John C. Smiley<br>Lindquist & Vennum PLLP<br>600 17th St., Ste. 1800-S<br>Denver, CO 80202 |
| Andrew Snyder<br>8400 E. Prentice Ave.<br>Ste. PH1500<br>Greenwood Village, CO 80111 | Robert L. Tibbals, Jr.<br>6444 S. Quebec St., Ste. 302<br>Englewood, CO 80111 | Mark D. Thompson<br>100 South Ridge, Suite 204<br>P.O. Box 588<br>Breckenridge, CO 80424 |
| Patrick D. Vellone<br>Allen & Vellone, P.C.<br>1600 Stout St., Suite 1100<br>Denver, CO 80202 | Darrell G. Waas<br>Waas Campbell Rivera LLP<br>950 17th St., Ste. 1600<br>Denver, CO 80202 | Elizabeth Weller<br>Linebarger Goggan Blair & Sampson<br>2323 Bryan St., Ste. 1600<br>Dallas, TX 75201-2691 |
| Matthew M. Wolf<br>1600 Stout St.<br>Ste. 1100<br>Denver, Co 80202 | Risa Lynn Wolf-Smith<br>Holland & Hart LLP<br>555 17th St., Ste. 3200<br>Denver, CO 80201 | John F. Young, Donald D. Allen<br>James T. Markus<br>Markus Williams Young & Zimmermann<br>1700 Lincoln St., Ste. 4000<br>Denver, CO 80203 |

**In re COMMERCIAL CAPITAL INC., Debtor**     **Case No. 09-17238 MER**     **Chapter 11**

Dated this 19th day of November, 2010.

           Respectfully submitted,

           MARKUS WILLIAMS YOUNG &
           ZIMMERMANN LLC

           By: *John F. Young*
           John F. Young, #26989
           1700 Lincoln Street, Suite 4000
           Denver, CO 80203
           Telephone: (303) 830-0800
           Facsimile: (303) 830-0809
           Email: jyoung@markuswilliams.com